ACCEPTED
12-14-00367-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/2/2015 2:34:12 PM
CATHY LUSK
CLERK

# IN THE COURT OF APPEALS

## THE TWELFTH DISTRICT OF TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/2/2015 2:34:12 PM
CATHY S. LUSK
Clerk

## TYLER, TEXAS

| | |
|---|---|
| **ELIJAH BROWN** | **CASE NO. 12-14-00366-CR** |
| | **12-14-00367-CR** |
| **V.** | **TRIAL COURT NO** |
| | **10161-A** |
| **THE STATE OF TEXAS** | **10078-A** |

APPEALED FROM THE 411TH DISTRICT COURT
OF TRINITY COUNTY, TEXAS
THE HONORABLE KAYCEE JONES, JUDGE PRESIDING

## MOTION TO WITHDRAW

TO THE HONORABLE COURT OF APPEALS;

COMES NOW, John D. Reeves, court appointed attorney on appeal for ELIJA BROWN Appellant, and pursuant to. Anders v. California, 386 U.S. 738, 87 S. Ct. 1396, 18 L.Ed.2d 493 (1967) and Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969). and Stafford v. State 813 S.W. 2d 503 (Tex. Crim. App. 1999), files this Motion to Withdraw, and for good cause shows this Honorable Court the following:

# I . FACTS

1. Appellant Elijah Brown was placed on a five years deferred adjudication probation for burglary of a habitation in cause no 10161- A and five 5 years deferred adjudication for burglary of a habitation in 10078-A on April 15, 2014.

2. The Trinity County District Attorney's office filed a Motion to Adjudicate in each case on August 12, 2014 alleging eight violations of probation allegedly committed by the appellant.

3. Appellant Elijah Brown entered a plea of not true to the allegations contained in the State's Motion to Adjudicate on September 30th, 2014.

4. The trial court conducted a hearing on both cases and adjudicated the appellant guilty and sentenced Elijah Brown to 12 years in the TDCJ-ID in both cases to run concurrent on October 30th, 2014.

5. On September 30th, 2014 an Order appointing John D. Reeves as appellate counsel was entered by the trial court.

6. Mailed on October 30th, 2014 but not filed by the Trinity Court Clerk until November 4th, 2014 appeal counsel filed a Notice of Appeal.

7. On October 14th, 2014 a request for the Clerk and Reporters records was requested.

8. The Clerks Record was received by this Court on December 30, 2014.

9.On March 2, 2014 counsel for Appeal counsel filed an Anders brief on behalf of Appellant with this Honorable Court, and forwarded a copy of the brief to appellant explaining his rights regarding pro se brief.

## II. ARGUMENT

9. In accordance with the requirements of Anders v. California, 386 U.S. 738, 87 S. Ct. 1396, 18 L.Ed.2d 493 (1967) and Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969). and Stafford v. State 813 S.W. 2d 503 (Tex. Crim. App. 1999), counsel for Elijah Brown requests this Honorable Court to allow him to withdraw.


10. Appellant's address is:
> Elijah Brown
> Travis State Jail
> TDC # 01955555
> 8109 FM 969
> Austin, Texas 78724

11. Counsel for Appellant has forwarded a copy of the Anders brief to Appellant.

12. Good cause exists to relieve counsel, John D. Reeves, counsel for Appellant from his representation of appellant Elijah Brown. Specifically, counsel for Appellant can find no arguable grounds to support an appeal and finds after a thorough review of the record that any issue brought forth would be without merit and frivolous.

## III.  PRAYER

WHEREFORE, PREMISES CONSIDERED, counsel for Appellant prays that this Honorable Court grant his Motion to Withdraw without harm to the rights guaranteed Elijah Brown by the United States Constitution and the Constitution of the State of Texas.

Respectfully Submitted,
*/s/John D. Reeves*
John D. Reeves
SBN # 16723000
1007 Grant Avenue
Lufkin, Texas 75901
Ph: (936) 632-1609
Fax: (936) 632-1640
Email: tessabellus@yahoo.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the foregoing instrument was served on this the 2nd day of March 2015 to the following counsel and parties of record.

Mr. Benny L. Schiro                           */s/John D. Reeves*
Trinity County District Attorney      _____
P.O. Box 400                                   John D. Reeves
Groteton, Texas 75845
Via electronic service
bennie.schiro@co.trinity.tx.us

Elijah Brown                            VIA CERTIFIED MAIL
Travis State Jail                      RETURN RECEIPT REQUESTED
TDC # 0195555                          7014 0150 0001 1143 6985
8101 FM 969
Austin, Texas 78724